UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAURA S. MILLER**,

    **Plaintiff**,

v.                                Case No. 3:21cv757-TKW-EMT

**COX COMMUNICATIONS
GULF COAST, LLC.**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on the joint notice of voluntary dismissal with prejudice (Doc. 13), it is

**ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 19th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**